# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| KENNETH R. WATSON, | ) | CASE NO. 1:19CV2675 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| AETNA INSURANCE CO., et al., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

On November 14, 2019, Plaintiff Kenneth R. Watson filed a Complaint *pro se* on behalf of his father, James Lee Watson. The Complaint alleges Plaintiff's father, James, will be removed from his nursing home on November 15, 2019. Plaintiff alleges his father is unable to live without the care of the nursing home and will die if he is discharged. Plaintiff asks the Court to issue an order that his father remain in the nursing home and Defendants continue to pay for his father's support. In the morning of November 15, 2019, Plaintiff appeared at the Court on his own initiative to reiterate the dire situation and his request.

Unfortunately for Plaintiff, the Court cannot issue any relief at this time. The relief Plaintiff seeks is an extraordinary remedy and is issued cautiously and sparingly. *See Weinberger v. Romero-Barcelo*, 456 U.S. 305, 312-13 (1982). While the Court must construe *pro se* filings liberally, *Erickson v. Pardus*, 551 U.S. 89, 94 (2007), "[l]iberal construction does not require a court to conjure allegations on a litigant's behalf." *Erwin v. Edwards*, 22 Fed. App'x 579, 580 (6th Cir. Dec. 4, 2001) (citing *Wells v. Brown*, 891 F.2d 591, 594 (6th Cir.

1989)). Plaintiff's Complaint fails to set forth a claim for emergency relief. Thus, the Court will not create emergency relief on Plaintiff's behalf.

This matter shall proceed in its regular course. As required by statute for proceedings *in forma pauperis*, the Court will issue a separate order that determines whether this action (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED.**

                                                 s/ Christopher A. Boyko
                                                 **CHRISTOPHER A. BOYKO**
                                                 **United States District Judge**

**Dated: November 15, 2019**